IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

CASE NO. 1:06CV0298

| | |
|---|---|
| ELIZABETH E. SLOAN<br><br>     Plaintiff,<br><br>v.<br><br>WACHOVIA BANK, N.A.,<br><br>     Defendant. | **AFFIDAVIT OF SERVICE OF PROCESS** |

STEPHEN J. GRABENSTEIN, being first duly sworn, deposes and says:

1. A copy of the Summons and Complaint were deposited in the post office for mailing by certified mail, return receipt requested, on September 21, 2006 addressed to the following parties:

 Wachovia Corporation
 By and through its Registered Agent,
 Corporation Service Company
 327 Hillsborough Street
 Raleigh, NC 27603

2. They were mailed on September 21, 2006 to the following parties:

Wachovia Corporation
By and through its Registered Agent,
Corporation Service Company
327 Hillsborough Street
Raleigh, NC 27603

3. Process was in fact received by an agent for Corporation Service Company on September 27, 2006, as evidenced by the attached return receipt;

Further the affiant sayeth naught.

This is the ____4th____ day of October, 2006.

_Stephen J. Grabenstein_

STATE OF NORTH CAROLINA    )
COUNTY OF BUNCOMBE        )

      I, Patience S. Earley, a Notary Public of said State and County, do hereby certify that Stephen J. Grabenstein  personally appeared before me this day and acknowledged the due execution of the foregoing instrument.

      WITNESS my hand and Notarial Seal, this _____4_____ day of October, 2006.

_Patience Earley_
Notary Public

My Commission Expires:

02-17-2010



**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Wachovia Corporation
By and through Registered Agent
Corporation Service Company
327 Hillsborough Street
Raleigh, NC 27603

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (*Printed Name*)  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article
(Transfer from service label)  7004 2890 0004 0608 6800

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540



Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 2890 0004 0608 6800**
Detailed Results:

- **Delivered, September 27, 2006, 11:21 am, RALEIGH, NC 27603**
- **Arrival at Unit, September 27, 2006, 9:40 am, RALEIGH, NC 27606**

( < Back )          ( Return to USPS.com Home > )



Enter Label/Receipt Number.

(

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

---

POSTAL INSPECTORS
Preserving the Trust

site map    contact us    government services    jobs    **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do                    9/29/2006