IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:06cv298

| ELIZABETH E. SLOAN, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| Vs. | ) | ORDER |
|  | ) |  |
| WACHOVIA BANK, N.A., | ) |  |
|  | ) |  |
| Defendant. | ) |  |
| _____ | ) |  |

**THIS MATTER** is before the court on defendant's Motion to Delay Initial Attorneys' Conference. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Delay Initial Attorneys' Conference (#12) is **GRANTED,** and the Initial Attorneys' Conference need not be completed until 14 days from joinder of the issues, with the Certificate of Initial Attorneys Conference filed within 5 days of conducting such conference.

Signed: November 13, 2006

_____
Dennis L. Howell
United States Magistrate Judge